Certificate Number: 15317-MSN-DE-031758027

Bankruptcy Case Number: 18-13868



15317-MSN-DE-031758027

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 14, 2018, at 4:18 o'clock PM PDT, Darrell L Bradley completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   October 14, 2018                    By:     /s/Glenn Crisostomo

                                            Name:   Glenn Crisostomo

                                            Title:   Counselor

Certificate Number: 15317-MSN-DE-031758026

Bankruptcy Case Number: 18-13868



15317-MSN-DE-031758026

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 14, 2018, at 4:18 o'clock PM PDT, Latonya A Pegues completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   October 14, 2018

By:   /s/Glenn Crisostomo

Name:   Glenn Crisostomo

Title:   Counselor