___



**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## (ABERDEEN DIVISIONAL OFFICE)

IN RE:                                                    CASE NUMBER: 18-13868-JDW

DARRELL L. BRADLEY                                        CHAPTER 13
LATONYA PEGUES

    DEBTORS

### AGREED ORDER

Considering the Objection to Plan (#18) filed by AmeriCredit Financial Services, Inc. dba GM Financial ("Secured Creditor"), the hearing scheduled for January 8, 2019, and the agreement between the parties having been reached:

**IT IS ORDERED** that the Debtors' Chapter 13 Plan is hereby amended to provide for payment to Secured Creditor on its secured claim relative to the 2012 Nissan Altima at $7,200.00 at 6.75% interest and that Secured Creditor will release the lien upon the earlier of payment of the debt as determined under nonbankruptcy law or discharge.

##END OF ORDER##

Approved:

*/s/ Gregory J. Walsh*
Gregory J. Walsh
**Attorney for Secured Creditor**

*/s/ Karen B. Schneller*
Karen B. Schneller
**Attorney for Debtors**

*/s/ W. Jeffrey Collier for*
Locke D. Barkley
**Trustee**

Submitted by:

GREGORY J. WALSH (MS Bar No. 104344)
1027 Ninth Street
New Orleans, LA 70115
504-568-0517
**Attorney for Secured Creditor**