**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: DARRELL BRADLEY** | **CHAPTER 13** |
| **LATONYA PEGUES** | |
| **DEBTORS** | **CASE NO. 18-13868-jdw** |

### WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM

COMES NOW, Darrell Bradley and Latonya Pegues, Debtors, by and through counsel, and files this Withdrawal of Objection (Dkt. #26) to the Proof of Claim filed by OneMain Financial Group, LLC, (Claim 3-1).

This the 30th day of January, 2019.

/s/Karen B. Schneller
KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MS 38635
662-252-3224/karen.schneller@gmail.com

## CERTIFICATE OF SERVICE

I, Karen B. Schneller/Robert H. Lomenick, attorney for the Debtor, hereby certify that a copy of the foregoing Notice of Objection to Claim and Objection to Claim has this day been served upon the Chapter 13 Trustee, the U.S. Trustee and Mississippi Department of Revenue, either by electronic means or by United States Mail.

**OneMain Financial Group, LLC**
**Post Office Box 3251**
**Evansville, IN 47731-3251**

**Ms. Locke D. Barkley**
**Chapter 13 Trustee**
**6360 I-55 North, Suite 140**
**Jackson, MS 39211**

**Office of U.S. Trustee**
**501 East Court Street, Suite 6-430**
**Jackson, Mississippi 39201**

This the 30th day of January, 2019,

/s/Karen B. Schneller
**KAREN B. SCHNELLER**
**ROBERT H. LOMENICK**