___



**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI
### (ABERDEEN DIVISIONAL OFFICE)

| | |
|---|---|
| IN RE: | CASE NUMBER: 18-13868-JDW |
| DARRELL L. BRADLEY | CHAPTER 13 |
| LATONYA PEGUES | |
| DEBTORS | |

### ORDER FOR RELIEF FROM STAY AND ABANDONMENT AND TO APPLY INSURANCE PROCEEDS

Considering the Motion for Relief from Stay and to Abandon and to Apply Insurance Proceeds (#58) filed by AmeriCredit Financial Services, Inc. dba GM Financial ("Secured Creditor"), the lack of opposition, and the certificate of service filed herein:

**IT IS ORDERED** that the automatic stay is hereby lifted and terminated, even if this proceeding is converted to one under another chapter, to permit Secured Creditor to receive the insurance proceeds on its interest in the 2016 Hyundai Accent bearing Manufacturer's Serial Number KMHCT4AE3GU117463 ("Vehicle").

**IT IS FURTHER ORDERED** that the Trustee shall abandon the Vehicle from the estate pursuant to 11 U.S.C.§554(b).

(JDW)

**IT IS FURTHER ORDERED** that be allowed to apply the insurance proceeds and that
^ Secured Creditor

any remaining balance of the above claim will be paid as all other unsecured claims; and/or

**IT IS FURTHER ORDERED** that any order remain in effect regardless of conversion to another Chapter.

##END OF ORDER##

Submitted by:

GREGORY J. WALSH
1027 Ninth Street
New Orleans, LA   70115
Telephone:  504-568-0517
Fax: (504) 568-0519
greg@sundmakerfirm.com
**Attorneys for Secured Creditor**