

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: DARRELL L. BRADLEY                                    CHAPTER 13
      LATONYA PEGUES

DEBTORS                                                             CASE NO. 18-13868 JDW

### AGREED ORDER GRANTING MOTION TO MODIFY PLAN [Dkt. #69]
### AND AMENDED MOTION TO MODIFY PLAN [Dkt. #74]

THIS CAUSE came before the Court on the Motion and Notice to Modify the Confirmed

Plan (Dkt. #69) and the Amended Motion to Modify the Confirmed Plan [Dkt. #74] filed by

Darrell L. Bradley and Latonya Pegues, Debtors, and the Response (Dkt.#78) filed by Locke D.

Barkley, Chapter 13 Trustee (the "Trustee") and the Court having been advised that the parties

have reached an agreement and that they desire to memorialize their agreement in this Agreed

Order, the Court finds that the agreement of the parties is appropriate and should be set forth

herein. The Court does hereby order and adjudicate as follows:

Plan payments to AmeriCredit Financial Services as to the 2016 Hyundai Accent and all

unsecured creditors shall be reduced to the amount already paid.  Debtors' Plan payments will be

reduced accordingly.

On or before December 31, 2020, Joint Debtor shall provide the Trustee with an update

on her employment and, if employed, file an amended Schedule I and, if appropriate, an amended

Schedule J.  Contemporaneous with the filing, the Joint Debtor shall provide to the Trustee one

month of pay advices, to the extent possible.  Failure to comply may result in this dismissal of

this case.

##END OF ORDER##

**AGREED TO:**


**/s/ W. Jeffrey Collier**
**W. Jeffrey Collier,  MSB 10645**
**Attorney for Chapter 13 Trustee**
**6360 I-55 North, Suite 140**
**Jackson, MS 39211**
**601-355-6661**



**/s/ Karen B. Schneller**
**Karen B. Schneller, MSB 6558**
**Attorney for Debtors**
**SCHNELLER & LOMENICK, P.A.**
**126 North Spring Street**
**Post Office Box 417**
**Holly Springs, MS 38635**
**662-252-3224**


Prepared By:

Karen B. Schneller, MSB #6559
SCHNELLER & LOMENICK, P.A.
126 North Spring Street
Post Office Box 417
Holly Springs, MS 38635
662-252-3224 Telephone
662-252-2858 Facsimile
karen.schneller@gmail.com