**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT MISSISSIPPI

**IN RE: DARRELL L. BRADLEY**                                     **CHAPTER 13**
         **LATONYA PEGUES**

**DEBTORS**                                                       **CASE NO. 18-13868-JDW**

## ORDER ON MOTION TO INCUR INDEBTEDNESS [DKT. #108]

**THIS CAUSE** came before the Court upon the Debtors' Motion for permission to borrow money for the purpose of obtaining a vehicle, and it appearing unto the Court that no timely responses have been filed, the Motion is due to be granted.

**IT IS THEREFORE ORDERED** that Debtors are granted permission to obtain financing for a vehicle in the amount of $15,000.00 for the purchase of a reliable vehicle. Payments on the indebtedness shall not exceed $400.00 per month, with all payments to be made outside the plan.

#ENDOFORDER#

**Submitted by:**

**/s/ Karen B. Schneller**
**KAREN B. SCHNELLER, MSB 6558**
**ROBERT H. LOMENICK, JR., MSB 104186**
**SCHNELLER & LOMENICK, P.A.**
**126 NORTH SPRING STREET**
**P.O. BOX 417**
**HOLLY SPRINGS, MS 39635**
**662-252-3224/karen.schneller@gmail.com**
**ATTORNEY FOR DEBTOR**